

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Jarnail Sihota and GTHCC, Inc.,
\* From the 385th District Court
of Midland County,
Trial Court No. CV57400.

Vs. No. 11-21-00171-CV
\*December 30, 2022

City of Midland
\* Memorandum Opinion by Trotter, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Jarnail Sihota and GTHCC, Inc.